**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| **1.** | **Debtor's name** | J.G. Jewelry Pte. Ltd.  (In Compulsory Liquidation) |
| **2.** | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☑ Other 201508580G.  Describe identifier Singapore UEN No.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____<br>☐ Other _____. Describe identifier _____. |
| **3.** | **Name of foreign representative(s)** | Wei Cheong Tan, Christina Khoo |
| **4.** | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Case No.: HC/CWU 114/2025, High Court of Singapore |
| **5.** | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| **6.** | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| **7.** | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

| Debtor | J.G. Jewelry Pte. Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| Singapore | 6 Shenton Way |
| | Number    Street |
| | #33-00   OUE |
| | P.O. Box |
| | Downtown 2, Singapore    06    8809 |
| | City    State/Province/Region    ZIP/Postal Code |
| | Singapore |
| | Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
| _____ | 6 Shenton Way |
| Number    Street | Number    Street |
| _____ | #33-00   OUE |
| P.O. Box | P.O. Box |
| _____ | Downtown 2, Singapore    06    8809 |
| City    State/Province/Region    ZIP/Postal Code | City    State/Province/Region    ZIP/Postal Code |
| _____ | Singapore |
| Country | Country |

| 10. | **Debtor's website** (URL) | N/A |
|---|---|---|

| 11. | **Type of debtor** | Check one: |
|---|---|---|
| | | ☑ Non-individual (check one): |
| | | ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |
| | | ☐ Individual |

Debtor  J.G. Jewelry Pte. Ltd.                              Case number (if known)_____
          Name

| 12. | **Why is venue proper in *this* district?** | Check one: |
|---|---|---|
| | | ☐ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: Index No. 651469/2018, Supreme Court of the State of New York. |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____. |

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Wei Cheong Tan
Signature of foreign representative          Printed name

Executed on  02/16/2026
              MM / DD / YYYY

✗ _____    Christina Khoo
Signature of foreign representative          Printed name

Executed on  02/16/2026
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Heidi J. Sorvino                        Date  02/18/2026
Signature of Attorney for foreign representative        MM / DD / YYYY

Heidi J. Sorvino
Printed name
White and Williams LLP
Firm name
810 Seventh Avenue, Suite 500
Number      Street
New York                              NY           10019
City                                  State        ZIP Code

(212) 631-4417                        sorvinoh@whiteandwilliams.com
Contact phone                         Email address

2346401                               NY
Bar number                            State