**<u>Item 6</u>**

**Certified Order**

**IN THE GENERAL DIVISION OF THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: HC/CWU 114/2025

Doc No.: HC/ORC 3460/2025
Filed: 19-June-2025 09:28 AM

In the matter of Part 8 of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of J. G. JEWELRY PTE. LTD.
(Singapore UEN No. 201508580G)

Between

1. SHREE RAMKRISHNA EXPORTS PVT. LTD.
   (India Registration No. U36912MH2012PTC229115)

2. The Jewelry Company
   (India Registration No. PAN No. AAFT9893F)

3. Govind Dholakia
   (India ID type Not Known, No. DIN NO. 00524146)

4. Rahul Dholakia
   (India Passport No. Z5171029)

5. Nirav Narola
   (India Passport No. Z4448109)

6. Amit Shah
   (India Passport No. Z4941377)

...Claimant(s)

And

J. G. JEWELRY PTE. LTD.
(Singapore UEN No. 201508580G)

...Defendant(s)

Certified True Copy.
Tan Zhengxian, Jordan.
Advocate & Solicitor
18 February 2026



**ORDER OF COURT**

| | |
|---|---|
| Case No: | HC/CWU 114/2025 |
| Before: | The Honourable Justice Aidan Xu @ Aedit Abdullah |
| Venue: | In Open Court, Court 6C |
| Hearing date/Time: | 26-May-2025, 2.30pm |

Upon the application of Shree Ramkrishna Exports Pvt. Ltd., The Jewelry Company, Govind Dholakia, Rahul Dholakia, Nirav Narola, and Amit Shah, creditors of the abovenamed Defendant, which was filed on 2 April 2025, and upon the reading of the affidavit of Rahul Dholakia dated 2 April 2025, the affidavit of Michael Bernard Kriss dated 14 May 2025, and the 2nd affidavit of Rahul Dholakia dated 13 May 2025, and the written submissions filed by the Claimants and the Defendant on 19 May 2025, and upon hearing the counsel for the Claimants and the Defendant on 26 May 2025, the Court made the following orders in the above application:

and upon the reading of the affidavit of Rahul Dholakia dated 2 April 2025, the affidavit of Michael Bernard Kriss dated 5 May 2025, and the 2nd affidavit of Rahul Dholakia dated 19 May 2025, and the written submissions filed by the Claimants and the Defendant on 31 May 2025, and upon hearing the counsel for the Claimants and the Defendant on 26 May 2025, the Court made the following orders in the above application:

1. a winding up order be made against the Defendant;

2. TAN WEI CHEONG (NRIC No. S7922708J), c/o Deloitte & Touche LLP, and KHOO CHRISTINA (NRIC No. S8128734A), c/o Deloitte & Touche Financial Advisory Services Pte. Ltd. be appointed jointly and severally as liquidators of the Defendant;

3. the costs of the proceedings be assessed, if not fixed or agreed, and to be paid to the Claimants out of the assets of the Defendant.

Date of Order    16 June 2025

Notes:
1. It will be the duty of such of the persons as are liable to make out or concur in making out a statement of affairs as the liquidators may require, to attend on them at such time and place as they may appoint and to give them all information they may require.





*https://www.courtorders.gov.sg*
*Access code: 96xz3kzxg-114*

Getting this document from the Authentic Court Orders Portal verifies:
(a) that it was issued by the Courts of the Republic of Singapore or, in the case of a Schedule of Assets, that it was filed with the Courts in relation to an application for a Grant of Probate/Letter of Administration; and (b) the text of the document was issued on 26 May 2025

HC/CWU114/2025:HC/ORC3460/2025:HC/CWU114/2025:HC/ORC3460/2025:HC/CWU114

JILL TAN
REGISTRAR
SUPREME COURT
SINGAPORE

Certified True Copy.
Tan Zhengxian, Jordan
Advocate & Solicitor
18 February 2026