# Item 11

The information required by section 11 of this Petition is set forth in *List Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4)*, filed contemporaneously herewith.