# EXHIBIT 6

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM
INDEX NO. 651469/2018
NYSCEF DOC. NO. 960
RECEIVED NYSCEF: 12/18/2025

26-22156-shl   Doc 26-6   Filed 03/20/26   Entered 03/20/26 22:56:13   Exhibit
Excerpts From the Deposition of Gurmeher Allagh   Pg 2 of 10

J.G. Jewelry v.       FINAL      September 22, 2025
Shree Ramkrishna Exports      Gurmeher Allagh

---

Page 1

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

---------------------------------------------

J.G. JEWELRY PTE. LTD, JDM IMPORT CO.
INC., MG WORLDWIDE LLC, MILES BERNARD,
INC., and ASIA PACIFIC JEWELRY, L.L.C.,

      Plaintiffs,

v.

SHREE RAMKRISHNA EXPORTS PVT., LTD, THE
JEWELRY COMPANY and TJC JEWELRY, INC.,

      Defendants.


Case No. 651469/2018

---------------------------------------------


VIDEO DEPOSITION OF
Gurmeher Allagh
September 22, 2025
New York, New York
LEAD: Joseph Goldberg, Esquire
FIRM: Hodgson Russ



FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

---

JANE ROSE REPORTING      National Court-Reporting Coverage
1-800-825-3341      janerose@janerosereporting.com

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM INDEX NO. 651469/2018
NYSCEF DOC. NO. 960 RECEIVED NYSCEF: 12/18/2025

J.G. Jewelry v.          FINAL          September 22, 2025
Shree Ramkrishna Exports          Gurmeher Allagh

Page 2

APPEARANCES

ATTORNEYS FOR PLAINTIFFS

WENDY SCHWARTZ, ESQUIRE
HILLARY BLACK, ESQUIRE
BINDER & SCHWARTZ LLP
675 Third Avenue
26th Floor
New York, New York 10017

ATTORNEYS FOR DEFENDANTS

JOSEPH GOLDBERG, ESQUIRE
MICHAEL ZAHLER, ESQUIRE
HODGSON RUSS LLP
605 Third Avenue
Suite 2300
New York, New York 10158

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341          janerose@janerosereporting.com

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM INDEX NO. 651469/2018
NYSCEF DOC. NO. 960 RECEIVED NYSCEF: 12/18/2025

J.G. Jewelry v.　　　　　　　　FINAL　　　　　September 22, 2025
Shree Ramkrishna Exports　　　　　　　　　　　Gurmeher Allagh

Page 3

APPEARANCES


JANE ROSE REPORTING


74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Marie Foley, Court Reporter
Ingrid Rodriguez, Videographer

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM INDEX NO. 651469/2018
NYSCEF DOC. NO. 960 RECEIVED NYSCEF: 12/18/2025

J.G. Jewelry v.                    FINAL                September 22, 2025
Shree Ramkrishna Exports                                Gurmeher Allagh

Page 4

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED by the attorneys for the respective parties hereto, that:

All rights provided by the C.P.L.R. and Part 221 of the Uniform Rules for the Conduct of Depositions, including the right to object to any question, except as to the form, or to move to strike any testimony at this Examination is reserved; and in addition, the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such motion at, and is reserved to, the trial of this action.

This deposition may be sworn to by the witness being examined before a Notary Public other than the Notary Public before whom this deposition was begun, but failure to do so or to return the original of the deposition to counsel shall not be deemed a waiver of the rights provided by

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM INDEX NO. 651469/2018
NYSCEF DOC. NO. 960 RECEIVED NYSCEF: 12/18/2025

J.G. Jewelry v.                    FINAL                September 22, 2025
Shree Ramkrishna Exports                              Gurmeher Allagh

Page 5

Rules 3116 of the C.P.L.R., and shall be controlled thereby.

The filing of the original of this deposition is waived.

IT IS FURTHER STIPULATED, that a copy of this examination shall be furnished to the attorney for the witness being examined at no charge.

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM    INDEX NO. 651469/2018
NYSCEF DOC. NO. 960                                 RECEIVED NYSCEF: 12/18/2025

26-22156-shl   Doc 26-6   Filed 03/20/26   Entered 03/20/26 22:56:13   Exhibit
Excerpts From the Deposition of Gurmeher Allagh   Pg 7 of 10

J.G. Jewelry v.                  FINAL              September 22, 2025
Shree Ramkrishna Exports                           Gurmeher Allagh

Page 6

## TABLE OF CONTENTS

WITNESS                                        PAGE
    Gurmeher Allagh


EXAMINATION BY  Mr. Goldberg ........   8


REPORTER CERTIFICATE ................ 403


EXHIBITS & ......................... 404
MARKED FOR A RULING


NOTICE TO READ AND SIGN ............ 405

JANE ROSE REPORTING           National Court-Reporting Coverage
1-800-825-3341                    janerose@janerosereporting.com

FILED: NEW YORK COUNTY CLERK 12/18/2025 08:29 PM INDEX NO. 651469/2018
NYSCEF DOC. NO. 960 RECEIVED NYSCEF: 12/18/2025

J.G. Jewelry v.                    FINAL              September 22, 2025
Shree Ramkrishna Exports                              Gurmeher Allagh

Page 7

- - -

8:57 a.m. EDT

New York, New York

- - -

THE VIDEOGRAPHER: Here begins media number 1, volume 1 in the deposition of Gurmeher Allagh in the matter of J.G. Jewelry PTE Limited, et al. versus Shree Ramkrishna Exports PVT, et al.

Today's date is September 22nd, 2025. The time is 8:57 a.m.

This deposition is being taken at the offices of Hodgson Russ, LLP, New York, New York.

I am Ingrid Rodriguez, the videographer, and the court reporter is Marie Foley from Jane Rose Reporting, New York, New York.

Counsel, please identify yourselves and state whom you represent.

MR. GOLDBERG: Sure. On behalf of the defendants, Joseph Goldberg and

26-22156-shl Doc 26-6 Filed 03/20/26 Entered 03/20/26 22:56:13 Exhibit
Excerpts From the Deposition of Gurmeher Allagh Pg 9 of 10

J.G. Jewelry v.                    FINAL              September 22, 2025
Shree Ramkrishna Exports                              Gurmeher Allagh

Page 41

which were relevant from a state and local income tax perspective which pertain to my colleague Tri's reports. I did not review those documents.

Q. Were there any other categories of documents that you did not review?

And if it would help refresh your recollection, please take a look at Exhibit 3.

A. Not to my recollection.

Q. Okay. You said earlier, and I want to quote you so I get this correct, that you analyzed several documents and the documents seemed to suggest that there was a joint venture, correct?

A. Yes.

Q. Is there anything in the tax returns that you saw that reflects the existence of the assumed joint venture?

A. Can you show me the tax returns?

Q. I'm asking for your best recollection as you sit here today.

That was your statement, sir. I'm just trying to understand the basis for it.

26-22156-shl   Doc 26-6   Filed 03/20/26   Entered 03/20/26 22:56:13   Exhibit
Excerpts From the Deposition of Gurmeher Allagh   Pg 10 of 10

| J.G. Jewelry v. | FINAL | September 22, 2025 |
|---|---|---|
| Shree Ramkrishna Exports | | Gurmeher Allagh |

Page 42

A.     I didn't see anything in the tax returns that suggested there was a joint venture.

Q.     Is there anything in the financial statements that you reviewed of the JDM entities that reflects the existence of a joint venture?

A.     I did not.

Q.     You did not see any such information reflecting the existence of a joint venture in the JDM entities' financial statements for calendar years 2015, '16 and '17, correct?

A.     That's correct.

Q.     So when you said that, quote, the documents seemed to suggest that there was a joint venture, what documents were you referring to, if any?

A.     Well, the Singapore Appellate Court has said that there was a joint venture between the JDM entities and the SRK entities.

Q.     Okay.

Other than your recollection or understanding of what was stated in