# EXHIBIT 7

**From:** "Jeffrey Sacks" <jeffreysacks@6cg.com>
**To:** "Michael" <mibekr@aol.com>
**Subject:** RE: JV Discussion Points
**Date:** Mon, 23 Mar 2015 16:06:37 +0000
**Importance:** Normal



DEFENDANT'S
EXHIBIT
7  ML
11-19-24

Michael - I would rather be more complete in my listing of issues and let you decide the priority and necessity for getting agreements prepared. Just let me know what you need/want me to do. The lawyers in Singapore, WTL, that you use are very good at drafting these documents. I can coordinate, but again, the lawyers will need to know what specifically they need to draft. Most of this will be standard (i.e., boilerplate) so just tell me the headline points that are important to you and I'll get them going. JAS

-----Original Message-----
From: Michael [mailto:mibekr@aol.com]
Sent: Monday, March 23, 2015 3:27 AM
To: Jeffrey Sacks
Subject: Re: JV Discussion Points

Hey a lot of this we really don't want to go through but some we do. For now we are in a rush to get a Singapore company open with bank accounts. The rest we can back into

Sent from my iPhone

> On Mar 22, 2015, at 6:21 AM, Jeffrey Sacks <jeffreysacks@6cg.com> wrote:
>
> Michael - I finally have a chance to address the JV issue we discussed earlier in the week. The following are the main sections of first, a term sheet to be agreed to between you and your partner, followed by the drafting of applicable agreements:
>
>
> *    Recitals/Objectives - describing the objectives and the business relationship you and your partner will be entering into, including the formation of a new company; where it is to be located (HK if my notes are correct); the 50/50 interest both of you will have, that expenses will be split 50/50; that inventory going into the JV will be identified as your own (you mentioned that you were keeping your own inventory; does this mean that inventory is going into the JV and any profit or loss goes to the account of the contributing partner or that you are not, at all, contributing inventory to the JV?); management (who is going to be responsible for running the business?); financing the business; supply, conversions, sales, etc. and other relevant relationship/business issues.
>
> *    The JV company to be formed will have a shareholder agreement that will define the relationships between you and your partner, including which parties will hold the share interests, transferability of shares (internally and externally), rights of first refusal if one party wants to sell; rights to tag along if one party receives an offer to sell and the other party does not want to exercise the right of first refusal; valuation and how to handle disputes.
>
> *    If you or one of your people are not active in the business, how do you want to ensure that everything is being done properly? You can have rights to have someone (usually an auditor or someone you send with the requisite skills) to review matters, get bank statements, etc. You will also want to be certain that all required filings in the countries where you have an equity interest, are being complied with and that you do not have director liability. It's just a question of what you think you will need to be fully informed.
>
> *    Under which countries laws do you want the agreements to be enforced? This will be specified.
>
> *    For disputes, do you want mediation and/or arbitration and if so, do you want arbitration to be binding? In general, avoiding litigation is recommended since it tends to be expensive and time consuming.
>
> *    Legal drafting - you will need to have a lawyer, in the country whose laws will be controlling, draft the agreement or at a minimum, review the agreement. If HK is the country whose laws will be controlling, do you have a HK lawyer that you use? If not, I can recommend people in HK that I've used and found to be excellent.

CONFIDENTIAL

PLNTF000747382

>
> *    From your personal standpoint (business or individual, depending upon how the business arrangements are structured), coordinate with Prashant regarding tax disclosures and other filings that may be required (e.g., foreign bank account disclosure).
>
> My business in Europe has been extended through Tuesday and I'll be heading home on Wednesday, at least that is the plan right now.  So, let me know when it is a good time to speak and go through the points and get things moving at the speed you require. From the above points we should be able to prepare a term sheet that you and your partner can review and which can be used (once everyone agrees to the terms and conditions of the deal) for drafting applicable agreements.
>
> Regards,
> JAS
> <winmail.dat>

CONFIDENTIAL

PLNTF000747383