# EXHIBIT 17

_____

**IN THE GENERAL DIVISION OF
THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

_____


**Suit No. 418 of 2018**


B E T W E E N


**SHREE RAMKRISHNA EXPORTS PVT LTD**

...Plaintiff


- AND -

**JG JEWELRY PTE LTD**

...Defendant


- AND -

**JG JEWELRY PTE LTD**

...Plaintiff in counterclaim

- AND -

1. **SHREE RAMKRISHNA EXPORTS PVT LTD**
2. **THE JEWELRY COMPANY**
3. **TJC JEWELRY INC**
4. **GOVIND DHOLAKIA**
5. **RAHUL DHOLAKIA**
6. **NIRAV NAROLA**
7. **AMIT SHAH &**
8. **ASHISH SHAH**

...Defendants in counterclaim

_____


Epiq Singapore Pte. Ltd. (Reg No. (UEN) 201321519K)
16 Raffles Quay, #35-01, Hong Leong Building, Singapore 048581
Phone: +65 6800 0268 | Email: singapore@epiqglobal.com



_____

**Suit No. 475 of 2018**

B E T W E E N

**SHAILESHKUMAR MANUBHAI KHUNT**

…Plaintiff

- AND -

1. **MICHAEL BERNARD KRISS**
2. **DAVID MILES KRISS &**
3. **JG JEWELRY PTE LTD**

…Defendants

- AND -

**JG JEWELRY PTE LTD**

…Plaintiff in counterclaim

- AND -

**KHUNTKUMAR MANUBHAI KHUNT**

…Defendant in counterclaim

_____

- Before -

**THE HONOURABLE JUSTICE CHUA LEE MING**

Heard on:

**Monday, 6 March 2023**

_____

Epiq Singapore Pte. Ltd. (Reg No. (UEN) 201321519K)
16 Raffles Quay, #35-01, Hong Leong Building, Singapore 048581
Phone: +65 6800 0268 | Email: singapore@epiqglobal.com

epiq

**Mr Harpreet Singh Nehal SC, Mr Jordan Tan, Mr Victor Leong and Mr Damien Chng**
(Instructed by Oon & Bazul LLP) &

**Mr Bazul Ashhab, Mr Lionel Chan, Ms Ilene Chua and Ms Lorraine Cheung**
(Oon & Bazul LLP)
Appear on behalf of the Plaintiff/1st Defendant in Counterclaim, and the 2nd, and 4th to 7th Defendants in Counterclaim in Suit 418 of 2018

**Mr Pradeep Pillai, Ms Simren Kaur Sandhu, Ms Jonas Wong and Ms Wong Yong Min**
(PRP Law LLC)
Appear on behalf of the Plaintiff in Suit No. 475 of 2018

**Mr Joseph Lee, Ms Jean Chan, Mr Justin Chan and Mr Edric Chia (LVM Law Chambers)**
Defendant/Plaintiff in Counterclaim in Suit No. 418 of 2018, as well as the 3rd Defendant in Suit No. 475 of 2018

**Mr Moiz Sitthawala, Ms Rachel De Silva, Ms Samantha Tan and Mr Darren Wong
(Tan Rajah & Cheah)**
Appeared on behalf of the 3rd and 8th Defendant in Counterclaim in Suit No. 418 of 2018

**Mr Philip Ling, Mr Chua Cheng Yew, Ms Priscilla Kang and Ms Nur Afiqah
(Wong Tan & Molly Lim LLC)**
Appeared on behalf of the 1st and 2nd Defendant in Suit No. 475 of 2018

Epiq Singapore Pte. Ltd. (Reg No. (UEN) 201321519K)
16 Raffles Quay, #35-01, Hong Leong Building, Singapore 048581
Phone: +65 6800 0268 | Email: singapore@epiqglobal.com



Suit No. 418 of 2018                                                    6 March 2023

I N D E X

                                                     Page

DW2 MR DAVID MILES KRISS (affirmed)           1

    Examination-in-chief by MS CHAN          1

    Cross-examination by MR SINGH            4

A Court Reporting Transcript by Epiq

Suit No. 418 of 2018

6 March 2023
DW2 MR DAVID MILES KRISS
Cross-examination by MR SINGH

10.27 COURT:  Yes.

MR SINGH:  Mr Kriss, can I suggest to you that you have shifted your case from first saying the joint venture was concluded on 13 January 2015 to now saying on the stand that it was concluded on 31 January 2015 because you recognise --

COURT:  31 March.

MR SINGH:  I'm sorry, your Honour?

COURT:  31 March.

MR SINGH:  31 March 2015 because you recognise that as at 13 January 2015, JGJ was not even in existence.  Agree or disagree?

A.  Yes.  Could I explain?

Q.  First of all, you agree with my proposition, my question, that you have shifted your case from first saying the JV was concluded on 13 January 2015 to now saying it was concluded on 31 March 2015 because you recognise JGJ was not in existence on 13 January.  Agree?  Then you can explain.

A.  Yes.  Can I explain?

Q.  Thank you.

COURT:  So you agree with that full sentence?

A.  Can you repeat that again?

MR SINGH:  It's on screen.

A.  Okay.

Suit No. 418 of 2018

6 March 2023
DW2 MR DAVID MILES KRISS
Cross-examination by MR SINGH

10.29 COURT:  There are two parts to it.  The first part is that you shifted your case from 13 January to 31 March.  The second part is that the reason for that shift is that JG was not in existence in January.

A.  Yes.

COURT:  Do you want to explain?

MR SINGH:  Yes.  You said you want to explain --

COURT:  What did you want to explain?

A.  Can I explain?

COURT:  Yes.

A.  All essential terms, all implemental terms, not to be exhaustive, were agreed upon.  When I got the email from Amit Shah and the management and we had agreed that there would be a joint venture party to be formed, it's going to be known as "JG Jewelry", it was agreed on that we would do it, in my mind, it was agreed upon. I guess, legally, the formation of the JV started on the 31st, when it was incorporated, and the kick-off of the JV per se was on 1 April.

COURT:  So your case is that JG was a party to the joint venture agreement?

A.  Yes.

COURT:  Yes.

MR SINGH:  Mr Kriss, would you agree with me that nowhere in your affidavit of evidence which you filed in this suit