UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| J.G. JEWELRY PTE. LTD., | |
| Debtor in Foreign Proceeding | Case No. 26-22156 (SHL) |

## DECLARATION OF RAJIV SHAH

I, **RAJIV SHAH**, being duly sworn pursuant to 28 U.S.C. § 1746, states as follows:

1.     I am the Chief Financial Officer of creditor Shree Ramkrishna Exports Pvt. ("SRK") and have personal knowledge of the facts stated herein.

2.     I understand that the *JDM Entities' Objections To Motion Of Foreign Representatives For Recognition of Foreign Proceeding* [ECF NO. 24] (the "JDM Entities' Objection") filed by JDM Import Co. Inc. ("JDM"), MG Worldwide LLC ("MGW"), Miles Bernard, Inc. ("MBI"), and Asia Pacific Jewelry, L.L.C. ("APJ," and collectively the "JDM Entities") claims that SRK is funding: (1) Mr. Wei Cheong Tan and Ms. Christina Khoo in their capacity as the joint and several liquidators and authorized foreign representatives of JGJ (collectively, the "Foreign Representatives"), or (2) counsel to the Foreign Representatives.

3.     On June 16, 2025, a Debit Note of 35,000 Singapore Dollars was raised on SRK's Singapore Advocates Oon & Bazul on July 1, 2025 towards "Payment for Deloitte for administrative costs" because the Foreign Representatives required immediate funding upon their appointment by the Singapore Trial Court

4.     SRK has not made any other payments to the Foreign Representatives or their counsel.

5.     SRK has no control over the Foreign Representatives and no agreement concerning their actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2026

_____

Rajiv Shah