UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>J.G. JEWELRY PTE. LTD.,<br><br>　　　Debtor in Foreign Proceeding | Chapter 15<br><br>Case No. 26-22156 (SHL) |

### DECLARATION OF AMIT SHAH

I, **AMIT SHAH**, being duly sworn pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a Partner of creditor The Jewelry Company ("TJCI") and have personal knowledge of the facts stated herein.

2. I understand that the *JDM Entities' Objections To Motion Of Foreign Representatives For Recognition of Foreign Proceeding* [ECF NO. 24] (the "JDM Entities' Objection") filed by JDM Import Co. Inc. ("JDM"), MG Worldwide LLC ("MGW"), Miles Bernard, Inc. ("MBI"), and Asia Pacific Jewelry, L.L.C. ("APJ," and collectively the "JDM Entities") claims that TJCI is funding: (1) Mr. Wei Cheong Tan and Ms. Christina Khoo in their capacity as the joint and several liquidators and authorized foreign representatives of JGJ (collectively, the "Foreign Representatives"), or (2) counsel to the Foreign Representatives.

3. The JDM Entities' allegation is untrue.

4. TJCI has not made any payments to the Foreign Representatives or their counsel.

*****

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20ᵗʰ day of March 2026

_____
Amit Shah