UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>J.G. JEWELRY PTE. LTD.,<br><br>Debtor in Foreign Proceeding | Chapter 15<br><br>Case No. 26-22156 (SHL) |

## **DECLARATION OF ASHISH SHAH**

I, **ASHISH SHAH**, being duly sworn pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am the principal of TJC Jewelry, Inc. ("TJCNY") and have personal knowledge of the facts stated herein.

2.      I understand that the *JDM Entities' Objections To Motion Of Foreign Representatives For Recognition of Foreign Proceeding* [ECF NO. 24] (the "JDM Entities' Objection") filed by JDM Import Co. Inc. ("JDM"), MG Worldwide LLC ("MGW"), Miles Bernard, Inc. ("MBI"), and Asia Pacific Jewelry, L.L.C. ("APJ," and collectively the "JDM Entities") claims that TJCNY is funding: (1) Mr. Wei Cheong Tan and Ms. Christina Khoo in their capacity as the joint and several liquidators and authorized foreign representatives of JGJ (collectively, the "Foreign Representatives"), or (2) counsel to the Foreign Representatives.

3.      The JDM Entities' allegation is untrue. TJCNY has not made any payments for legal fees or administrative expenses to the Foreign Representatives or their counsel.

4.      TJCNY entered into a confidential settlement agreement with JGJ pursuant to which it made a payment in partial settlement of JGJ's claims against TJCNY arising from the approximately $3.7 million of invoices JGJ issued to TJCNY for diamonds and jewelry previously provided to TJCNY.

5.      TJCNY has no control over the Foreign Representatives and no agreement concerning their actions.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 19th day of March 2026

_____

Ashish Shah